UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of the University of California, Los Angeles Medical Center,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EXCEL MANAGEMENT, INC., a Canadian for-profit corporation; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.: CV12-6903-PLA<br><br>Hon. Paul L. Abrams<br><br>[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE<br><br>Fed. R. Civ. Proc. Rule 41(a)1(ii)<br><br>Discovery Cut-Off:    Aug. 16, 2013<br>Pre-Trial Conference: Nov. 05, 2013<br>Trial Date:           Nov. 19, 2013 |

10349

1

ORDER DISMISSING CASE WITH PREJUDICE

1  Having read the foregoing Stipulation of the parties, and good cause appearing
2  therefore;

4  IT IS HEREBY ORDERED THAT:

6  The above-captioned action is herby dismissed with prejudice pursuant to Fed.
7  R. Civ. Proc. Rule 41(a)1(ii). Each party is to bear its own costs and attorneys' fees.

9  Dated: September 26, 2013     By: _____
10                                              HONORABLE PAUL L. ABRAMS

10349                                     2        ORDER DISMISSING CASE
                                                   WITH PREJUDICE