1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of the University of California, Los Angeles Medical Center, | Case No.: CV12-6903-PLA |
| 12 | Hon. Paul L. Abrams |
| 13 | [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE |
| 14              Plaintiff, | |
| 15        vs. | Fed. R. Civ. Proc. Rule 41(a)1(ii) |
| 16  GLOBAL EXCEL MANAGEMENT, INC., a Canadian for-profit corporation; and DOES 1 THROUGH 10, INCLUSIVE, | Discovery Cut-Off:    Aug. 16, 2013 |
| 17 | Pre-Trial Conference: Nov. 05, 2013 |
| 18 | Trial Date:           Nov. 19, 2013 |
| 19              Defendants. | |

20
21
22
23
24
25
26
27
28

10349                                    1       ORDER DISMISSING CASE
                                                 WITH PREJUDICE

1  Having read the foregoing Stipulation of the parties, and good cause appearing
2  therefore;

4  IT IS HEREBY ORDERED THAT:

6  The above-captioned action is herby dismissed with prejudice pursuant to Fed.
7  R. Civ. Proc. Rule 41(a)1(ii).  Each party is to bear its own costs and attorneys' fees.

9  Dated:  September 26, 2013          By:  _____
10                                          HONORABLE PAUL L. ABRAMS

10349                                2               ORDER DISMISSING CASE
                                                     WITH PREJUDICE